IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ANGELINA A. SIMS as beneficiary and,
Representative of Imogene A. Bastin,

    Plaintiff,

v.                                            No. 1:12-cv-01045-JDB-egb

STONEBRIDGE LIFE INSURANCE
COMPANY,

    Defendant.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

        On September 14, 2012, the Plaintiff, Angelina A. Sims, and Defendant, Stonebridge Life Insurance Company ("Stonebridge"), filed a joint petition to approve a compromise of a minor's claim. (Docket Entry ("D.E.") 15.) The Court referred the petition to United States Magistrate Judge Edward G. Bryant for a report and recommendation. (D.E. 16.) The magistrate judge held a hearing on October 5, 2012, to assess the reasonableness of the settlement. On October 5, 2012, Judge Bryant issued a report and recommendation approving the settlement, finding that $25,000 to be paid to Sims minus attorney's fees and expenses was fair and reasonable . (D.E. 19.) According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), and the time for filing objections has passed. See Fed. R. Civ. P. 72(b).

        After a review of the magistrate judge's report and recommendation, the Court ADOPTS Judge Bryant's findings and recommendations, and the joint motion by the parties is APPROVED. Judgment shall be entered for Plaintiff Angelina A. Sims for an amount of $25,000 less $8,333.33

in attorney's fees and $830.28 in expenses. A total of $15,836.39 is to be deposited in the Registry of the Court.

     IT IS SO ORDERED this 13th of November, 2012.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE