IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ANGELINA A. SIMS, as Beneficiary and
Representative of Imogene A. Bastin,

    Plaintiff,

v.  No. 12-1045

STONEBRIDGE LIFE INSURANCE
COMPANY,

    Defendant.

_____

ORDER
_____

    In an order entered November 13, 2012, this Court directed that funds in the amount of $15,836.39 be deposited in the Registry of the Court for the benefit of the Plaintiff, Angelina Sims, a minor. (D.E. 20.) Said funds were received by the Court on November 15, 2012. (D.E. 21.) The Clerk is hereby further DIRECTED to deposit the monies in an interest-bearing account with a depository institution until the minor reaches the age of eighteen on June 16, 2015.

    IT IS SO ORDERED this 4th day of September 2013.

                                          s/ J. DANIEL BREEN
                                          CHIEF UNITED STATES DISTRICT JUDGE